UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

DOMINIQUE BRAVO and AMERICAN OVERSIGHT,

                *Plaintiffs*,

       v.

U.S. DEPARTMENT OF JUSTICE,

                *Defendant*.

-------------------------------------------------------------------X

**JOINT STATUS REPORT**

18-cv-1414 (CBA-RER)

       The parties submit this Joint Status Report in accordance with this Court's June 11, 2018 order. On July 21, 2018, Defendant produced records via e-mail in response to the FOIA requests that form the basis for Plaintiffs' action.[1] The parties are conferring regarding Defendant's production of records to determine whether summary judgment briefing will be necessary to resolve this matter.

       The parties respectfully request that the Court order a further Joint Status Report to be filed by September 6, 2018.

Dated: July 27, 2018

                                  Respectfully submitted,

                                  */s/ Daniel A. McGrath*
                                  Daniel A. McGrath
                                  *pro hac vice*
                                  Cerissa Cafasso
                                  *pro hac vice*
                                  Austin R. Evers

                                  AMERICAN OVERSIGHT
                                  1030 15th Street NW, B255

---

[1] The production materials were sent via FedEx on July 20, 2018.

Washington, DC 20005
(202) 869-5244
austin.evers@americanoversight.org
cerissa.cafasso@americanoversight.org
daniel.mcgrath@americanoversight.org

*Counsel for Plaintiffs*


CHAD A. READLER
Acting Assistant Attorney General

RICHARD P. DONOGHUE
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Cesar A. Lopez-Morales*
CESAR A. LOPEZ-MORALES
Trial Attorney, MA Bar No. 690545
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 305-8550 (office)
(202) 616-8460 (fax)
cesar.a.lopez-morales@usdoj.gov

*Counsel for Defendant*