UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

DOMINIQUE BRAVO and AMERICAN OVERSIGHT,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF JUSTICE,

*Defendant*.

------------------------------------------------------------------X

**JOINT STATUS REPORT**

18-cv-1414 (CBA-RER)

    The parties submit this Joint Status Report in accordance with this Court's July 30, 2018 order. On July 21, 2018, Defendant produced records in response to the FOIA requests that form the basis for Plaintiffs' action. Defendant has provided information to Plaintiffs regarding certain redactions in the produced records. Plaintiffs are continuing to evaluate whether Plaintiffs will challenge Defendant's redactions and whether summary judgment briefing will be necessary to resolve this matter.

    The parties respectfully request that the Court order a further Joint Status Report to be filed by October 9, 2018.

Dated: September 6, 2018

Respectfully submitted,

*/s/ Daniel A. McGrath*
Daniel A. McGrath
*pro hac vice*
Cerissa Cafasso
*pro hac vice*
Austin R. Evers

AMERICAN OVERSIGHT
1030 15th Street NW, B255

1

Washington, DC 20005
(202) 897-4213
austin.evers@americanoversight.org
cerissa.cafasso@americanoversight.org
daniel.mcgrath@americanoversight.org

*Counsel for Plaintiffs*


JOSEPH H. HUNT
Assistant Attorney General

RICHARD P. DONOGHUE
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Cesar A. Lopez-Morales*
CESAR A. LOPEZ-MORALES
Trial Attorney, MA Bar No. 690545
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 305-8550 (office)
(202) 616-8460 (fax)
cesar.a.lopez-morales@usdoj.gov

*Counsel for Defendant*