UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

DOMINIQUE BRAVO and AMERICAN OVERSIGHT,

        *Plaintiffs*,

v.

U.S. DEPARTMENT OF JUSTICE,

        *Defendant*.

------------------------------------------------------------------X

**JOINT STATUS REPORT**

18-cv-1414 (CBA-RER)

    The parties submit this Joint Status Report in accordance with this Court's September 6, 2018 order.

    Plaintiffs and Defendant have nearly reached an agreement whereby Plaintiff will agree to voluntarily dismiss this action, and Defendant will agree to produce any records responsive to Plaintiff's requests that may be subsequently produced to FOIA requestors in related cases. The parties plan to file a Stipulation of Dismissal with this Court this week.

Dated: October 9, 2018

        Respectfully submitted,

        */s/ Daniel A. McGrath*
        Daniel A. McGrath
        *pro hac vice*
        Cerissa Cafasso
        *pro hac vice*
        Austin R. Evers

        AMERICAN OVERSIGHT
        1030 15th Street NW, B255
        Washington, DC 20005
        (202) 897-4213
        austin.evers@americanoversight.org
        cerissa.cafasso@americanoversight.org

daniel.mcgrath@americanoversight.org

*Counsel for Plaintiffs*


CHAD A. READLER
Principal Deputy Assistant Attorney General

RICHARD P. DONOGHUE
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Cesar A. Lopez-Morales*
CESAR A. LOPEZ-MORALES
Trial Attorney, MA Bar No. 690545
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12302
Washington, D.C. 20005
(202) 305-8550 (office)
(202) 616-8460 (fax)
cesar.a.lopez-morales@usdoj.gov

*Counsel for Defendant*